E-filing

1 | Your Name: Theodore McElhone
2 | Address: 1302 El Moro Dr, City o Campbell, California
3 | Phone Number: 408 355 3224
4 | Fax Number:
5 | E-mail Address: tedpatrickca@gmail.com
6 | Pro Se Plaintiff

**United States District Court**

**Northern District of California**

CV 14-00873

Theodore McElhone

~~County of Santa Clara~~

~~Superior Court of San Jose. VTA, D. Kleczek~~

Case Number: *[leave blank]*

Plaintiff(s),

vs.

Valley Transportation Authority

Superior Court of Santa Clara County

The County of Santa Clara, Califonia

David Kleczek, Attorney

Defendant(s).

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ■   No ☐

1. **Parties in this Complaint**

    a. **Plaintiff(s).** *Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.*

Name: Theodore P McElhone

Address: 2302 El Moro Dr, City of Campbell, California

Phone number: (408) 355 3224

COMPLAINT
PAGE 1 OF 5  [JDC TEMPLATE]

rev: 6/2013

1      b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is*
2  *a corporation, write the state where it is incorporated and the state where it has its main place of*
3  *business. Use more pages if you need to.*
4  **Defendant 1:**
5  Name: County of Santa Clara, Public Corporation, Ca
6  Address: 70 West Hedding Street, East Wing, 9th Fllr
7  San Jose, Ca 95110-1770
8  **Defendant 2:**
9  Name: Valley Transportation Authority, Public Corp, CA
10 Address: 3331 North First st Bldg B, San Jose, Ca 95134
11 Board Secretary, Sandra Weymounth
12 **Defendant 3:**
13 Name: Superior Court of Santa Clara County
14 Address: 191 North First Street, San Jose, Ca 95110
15 Preising Justice Brian Walsh
16 **Defendant 4:**
17 Name: David Kleczek, Attorney
18 Address: 825 Washington Sr, Oakland, Ca
19
20     2. **Jurisdiction**
21     *Usually, only two types of cases can be filed in federal court: cases involving "federal*
22 *questions" and cases involving "diversity of citizenship." Check at least one box.*
23 ☑     My case belongs in federal court under <u>federal question jurisdiction</u> because it is
24 about federal law(s) or right(s).
25 *Which law(s) or right(s) are involved?* Violation of Right to Fair Trial, Amend 5, Amend 14 ;
26 Right to entitlement of medical care, Defamation, Libel
27 ☐     My case belongs in federal court under <u>diversity jurisdiction</u> because none of the plaintiffs
28 live in the same state as any of the defendants <u>AND</u> the amount of damages is more than **$75,000**.

COMPLAINT
PAGE 2 OF 5  [JDC TEMPLATE]

rev: 6/2013

### 3. Venue

*This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because VTA, Count Government, and Superior Court are located, and D. Lleczek practices in Santa Clara County. Californis State Gov't makes the laws subject to this lawsuit

### 4. Intradistrict Assignment

*There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.*

This lawsuit should be assigned to [*Select one: San Francisco/Oakland, San Jose, OR Eureka*] Division of this Court because San Francisco/Oakland because there is additional judic San Francisco/Oakland which adds to judicial independence

### 5. Statement of Facts and Claims

*Write a short and simple description of the <u>facts</u> of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered*

COMPLAINT
PAGE 3 OF 5 [JDC TEMPLATE]

rev: 6/2013

```
 1 | paragraph, starting with 5a, 5b, and so on. Attach additional sheets of paper as necessary. You
 2 | may attach documents that support your claims to the end of this Complaint as exhibits. Explain
 3 | what each exhibit is, when and how you got it, and how it supports your claims. Attaching a
 4 | document to your Complaint does not necessarily mean that it will be accepted as evidence.
 5 | Plaintiff
 6 | 5a/ State of California Mandates that claims against a county will be heard in that County's court
 7 | 5/b The County Board has elected to act self-insured, without compliance
 8 | regulation controlling insurance business entity and defends county budget in a .county Court
 9 | 5c/ The court, arbitrator, VTA attorney, second defendant attorney, and plaintiff's attorney
10 | conspired to create an "empty chair" defence that defeated trial of claim of reckless
11 | driving of county bus while pursuing a car involved with bus after a near collision
12 | caused by bus driver entering traffic from bus stop to make an upcoming left-turn 3 lanes over
13 | 5d/ The county created believe in medical practitioners that Plaintiff committed legal fraud with
14 | interrogatories and answers at Depositions and are using VTA video made for denigrating
15 | integrity, resulting in discredited medical histories and denied assistance
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |
```

COMPLAINT

PAGE 4 OF 5   [JDC TEMPLATE]

rev: 6/2013

### 6. Demand for Relief

*State what you want the Court to do for you. For example, depending on which claims you raise, it may be appropriate to ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount.*

6a/ Rule : State Law mandating County court hear civil claims against same county as violatio of Amend 5, Amend 14

6b/ Rule: Court mandate of compulsory settlement proceedings to defeat right to fair trial by trick violates Amend 5, Amend 14

6c/ Parties entered into a conspiracy to denies trial of PLAINTIFF'S claims defendant recklessly drove county bus to pursue innocent driver involved in incident caused by bus entering into traffic from bus stop and into right of way of second defendant

6d/ VTA et al are libeling and slandering integrity of Plaintiff using bus pictures in false "video" used to impugn his interogatories to medical practioners who there deny assistance

### 7. Demand for Jury Trial

*Check this box if you want your case to be decided by a jury, instead of a judge.*

[✓]   Plaintiff demands a jury trial on all issues.

*All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach another page if you need to.*

Respectfully submitted,

Date: 02/28/2014        Sign Name: /s/ Theodore P McElhone

                        Print Name:  Theodore P McElhone

COMPLAINT
PAGE 5  OF 5  [JDC TEMPLATE]

rev: 6/2013