*E-FILED - 6/30/14*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THEODORE PATRICK McELHONE, | CASE NO.: C-14-00873-RMW |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE RE DISMISSAL |
| v. | |
| VALLEY TRANSPORTATION AUTHORITY, et al., | |
| Defendants. | |

This matter came on regularly for a case management conference on June 27, 2014. Plaintiff failed to appear. Plaintiff has apparently not served defendants. It also appears that plaintiff's complaint fails to allege a basis for federal jurisdiction. Therefore,

IT IS HEREBY ORDERED that plaintiff appear on **August 1, 2014 at 9:00 a.m.** in courtroom 6 of this court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to appear at the case management conference, for failure to diligently prosecute the case and for failure to state a federal claim.

IF PLAINTIFF FAILS TO SHOW A BASIS FOR FEDERAL JURISDICTION OR FAILS TO SHOW GOOD REASON FOR HIS FAILURE TO APPEAR OR DILIGENTLY PROSECUTE, THE CASE WILL BE DISMISSED.

DATED: 6/30/14

RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE
NO. C14-873 RMW

1

2 | Copy of Order mailed on 6/30/14 to:

3 | Theodore Patrick McElhone
1302 El Moro Drive
4 | Campbell, CA 95008

5 | *Pro Se Plaintiff*