UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THEODORE MCELHONE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VALLEY TRANSPORTATION AUTHORITY, et al.,<br><br>　　　　　Defendants. | Case No. C-14-00873-RMW<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>[Re: Docket No. 8] |

On June 30, 2014, the court ordered plaintiff to show cause why the case should not be dismissed for failure to prosecute and for lack of subject matter jurisdiction. Dkt. No. 8. A hearing on the order to show cause was set for August 1, 2014. Plaintiff did not appear at the hearing, and the court noted that the court likely lacks subject matter jurisdiction. Accordingly, the court dismisses the case for failure to prosecute and for lack of subject matter jurisdiction.

Dated: August 5, 2014

　　　　　　　　　　　　　　　　　　　　／s／ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DISMISSING CASE
Case No. C-14-00873-RMW
RDS
- 1 -